HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARYLOU ASHLEY WILHELM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLOU ASHLEY WILHELM,<br><br>Defendant. | Case No. 1:17-cr-00131-LJO-SKO<br><br>ORDER to Modify Conditions of Release<br><br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY ORDERED** that Marylou Wilhelm shall continue to participate in and reside at the Westcare treatment program for up to an additional 30 days, for a total of up to 120 days of inpatient treatment, as directed by probation.

If an alternative residence becomes available, defendant may reside outside of the Westcare program and transition to an aftercare program, so long as such residence is pre-approved by defendant's probation officer.

The parties agree that all other terms and conditions of release previously imposed shall remain the same.

//

//

//

//

Respectfully submitted,

MCGREGOR W. SCOTT
Acting United States Attorney

DATED: August 30, 2018  */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 30, 2018  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
MARYLOU ASHLEY WILHELM

**O R D E R**

IT IS SO ORDERED.

Dated: **August 31, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE