1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARYLOU ASHLEY WILHELM
7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:17-cr-00131-LJO-SKO

12              Plaintiff,
                                       STIPULATION TO CONTINUE
13  vs.                                DISPOSITIONAL HEARING; ORDER

14  MARYLOU ASHLEY WILHELM,
                                       DATE:   October 9, 2018
15              Defendant.             TIME:   8:30 a.m.
                                       JUDGE:  Hon. Lawrence J. O'Neill
16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record, that the dispositional hearing set for Monday, October 1, 2018 at

19  8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Tuesday, October 9, 2018

20  at 8:30 a.m.

21      The probation officer has requested the continuance and all parties are in agreement.

22  //

23  //

24  //

25  //

26  //

27  //

28                                  Respectfully submitted,

MCGREGOR W. SCOTT
Acting United States Attorney

DATED:  September 6, 2018          */s/ Henry Carbajal*
                                   HENRY CARBAJAL
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   HEATHER E. WILLIAMS
                                   Federal Defender

DATED:  September 6, 2018          */s/ Megan T. Hopkins*
                                   MEGAN T. HOPKINS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MARYLOU ASHLEY WILHELM


## O R D E R

The dispositional hearing currently set for October 1, 2018 at 8:30 a.m. is continued to Tuesday, October 9, 2018.



IT IS SO ORDERED.

Dated:  **September 7, 2018**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE